Feb, 25, 2015

FILED IN
1ST COURT OF APPEALS
HOUSTON TEXAS

MAR - 6 2015

CHRISTOPHER A. PRINE

CLERK _____

To: Christopher Prine, Clerk
   1st Court of Appeals
   301 Fannin
   Houston, Tx 77002-2066

From: Johnniel Ferguson #1685061
   2661 FM 2054
   Coffield Unit
   Tennesse Colony, Tx 15884

RE: Document Request: "Appeal Records" #01-10-01095-CR
                                   #01-10-01096-CR

   This is in regard to the "State Brief" that was filed in my direct Appeal.
   I'm requesting a detail purchace list for the items above.

                    Sincerely,

                    Johnniel Ferguson



Jonnaiel Ferguson #1685669
2661 FM 2054
Coffield Unit
Tenesse Colony, TX 75884

CHRISTOPHER
CLERK

MAR - 6 2015

NORTH TEXAS TX PRDC
DALLAS TX 750
03 MAR 2015 PM 9 L

77002206699

Christopher Prine
1st Court of Appeals
301 Fannin
Houston, TX 77002 —
2066

FOREVER